JS 44 (Rev. 03/24)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**

J.B., a minor by and through her natural mother and next friend Kevonia Finley, D.F., a minor by and through her

**(b)** County of Residence of First Listed Plaintiff: St. Louis County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Edward F. (Ted) Luby
Luby Law Firm
The 222 Building

**DEFENDANTS**

UNITED STATES OF AMERICA

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [x] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [x] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty

Other:
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing **(Do not cite jurisdictional statutes unless diversity)**:
Federal Tort Claims Act

Brief description of cause:
Motor vehicle accident

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*: JUDGE ______ DOCKET NUMBER ______

DATE: November 11, 2026

SIGNATURE OF ATTORNEY OF RECORD: /s/Edward F. (Ted) Luby

**FOR OFFICE USE ONLY**

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| J.B., a minor by and through her natural mother and next friend Kevonia Finley, D.F., a minor by and through her natural mother and next friend Kevonia Finley, and KEVONIA FINLEY, individually<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Case No.: |

**COMPLAINT FOR DAMAGES**
**UNDER THE FEDERAL TORT CLAIMS ACT**

COMES NOW, Plaintiffs J.B., a minor by and through her natural mother and next friend Kevonia Finley, D.F., a minor by and through her natural mother and next friend Kevonia Finley, and Kevonia Finley, individually, by and through their undersigned counsel, Edward F. (Ted) Luby and for their Complaint against Defendant, United States of America, states as follows:

1. This is a civil action for personal injuries arising from a motor vehicle collision that occurred on or about November 12, 2024, in Ferguson, Missouri.

2. The collision occurred when a vehicle operated by a federal employee acting within the course and scope of his employment negligently struck the rear of Plaintiffs' vehicle.

3. Plaintiffs seek damages from the United States pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b), 2671-2680.

## JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1346(b)(1).

5. Plaintiffs timely presented an administrative tort claim to the appropriate federal agency as required by 28 U.S.C. § 2675(a).

6. Venue is proper in the Eastern District of Missouri pursuant to 28 U.S.C. § 1402(b) because the acts and omissions complained of occurred within this District and/or Plaintiffs resides within this District.

## PARTIES

7. Plaintiffs are residents of St. Louis County, Missouri.

8. Defendant United States of America is the proper defendant under the Federal Tort Claims Act.

9. At all relevant times, Quincy Archie, an employee of United States Post Service, was acting within the course and scope of federal employment.

## FACTUAL ALLEGATIONS

10. On or about November 12, 2024, Plaintiff was operating her motor vehicle in a westerly direction on Canfield Drive in Ferguson, Missouri.

11. Plaintiff was lawfully stopped or slowing in traffic when a vehicle operated by Quincy Archie approached from the rear.

12. The federal employee failed to keep a careful lookout, failed to maintain a safe following distance, and failed to operate the vehicle in a reasonably careful manner.

13. As a direct result of these negligent acts and omissions, the federal employee caused the government vehicle to collide with the rear of Plaintiff's vehicle.

14. The collision was caused directly and proximately by the negligence of the federal employee.

15. As a direct result of the collision, Plaintiff sustained serious and permanent bodily injuries.

16. Plaintiffs incurred medical expenses for emergency care, diagnostic testing, physician treatment, physical therapy, medications, and other healthcare services.

17. Plaintiffs experienced physical pain, suffering, inconvenience, emotional distress, and loss of enjoyment of life.

18. Plaintiff's damages are continuing in nature.

## ADMINISTRATIVE EXHAUSTION

19. On April 17, 2025, Plaintiff submitted a Standard Form 95 and supporting documentation to the United States Postal Service, National Tort Center.

20. The administrative claim demanded a sum certain as required by the Federal Tort Claims Act.

21. Plaintiffs have fully exhausted all administrative remedies required by 28 U.S.C. § 2675.

## COUNT I
## NEGLIGENCE (FEDERAL TORT CLAIMS ACT)

COMES NOW, Plaintiffs and for Count I of their Complaint for Damages under the Federal Claims Tort Act against Defendants, states and alleges as follows:

22. Plaintiffs incorporate herein by reference the allegations contained in paragraphs 1 through 21 of their Complaint for Damages under the Federal Claims Tort Act as though fully set forth herein.

23. The federal employee owed Plaintiffs a duty to operate their vehicle with reasonable care and in accordance with Missouri law.

24. The federal employee breached that duty, among other things, by:

a. Failing to keep a careful lookout;
b. Following too closely;
c. Failing to stop in time to avoid a collision;
d. Failing to maintain proper control of the vehicle;
e. Operating the vehicle in a careless and negligent manner; and
f. Otherwise failing to exercise the highest degree of care.

25. The negligence of the federal employee was the direct and proximate cause of the collision and Plaintiffs' injuries.

26. Under the Federal Tort Claims Act, the United States is liable in the same manner and to the same extent as a private person under like circumstances.

27. As a direct and proximate result of Defendant's negligence, Plaintiffs have suffered damages in an amount to be determined at trial but within the limits permitted under the FTCA and the administrative claim.

28. Plaintiff has sustained damages including but not limited to:

a. Past medical expenses;
b. Future medical expenses;
c. Physical pain and suffering;
d. Emotional distress; and
e. Other damages recoverable under applicable law.

**DEMAND FOR TRIAL**

Plaintiff acknowledges that actions brought under the Federal Tort Claims Act are tried by the Court without a jury pursuant to 28 U.S.C. § 2402.

WHEREFORE, Plaintiffs respectfully request that this Court enter judgment in favor of Plaintiffs and against Defendant United States of America, award compensatory damages in a fair and reasonable amount, costs of this action; pre-judgment and post-judgment interest as allowed by law; and such other and further relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED,

*/s/ Edward F. (Ted) Luby*

Edward F. (Ted) Luby, MBE #48857
Luby Law Firm
The 222 Building
222 S. Central Ave., Ste. 675
Clayton, MO 63105
Ph: (314) 421-5829
Email: lubylaw@lubylawfirm.com
*Attorney for Plaintiffs*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Missouri

J.B., a minor by and through her natural mother and next friend Kevonia Finley, et al

*Plaintiff*

v.

UNITED STATES OF AMERICA

*Defendant*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Thomas C. Albus
United States Attorney
111 S. 10th Street
St. Louis, MO 63102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Edward F. (Ted) Luby
Luby Law Firm
The 222 Building
222 S. Central Ave., Ste. 675
Clayton, MO 63105

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ______________________

______________________
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❐ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❐ I returned the summons unexecuted because ______________________ ; or

❐ Other *(specify)*:
.

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Missouri

J.B., a minor by and through her natural mother and next friend Kevonia Finley, et al

*Plaintiff*

v.

UNITED STATES OF AMERICA

*Defendant*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Todd Blanche
United States Attorney General
United States Department of Justice
950 Pennsylvania Ave., N.W.
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Edward F. (Ted) Luby
Luby Law Firm
The 222 Building
222 S. Central Ave., Ste. 675
Clayton, MO 63105

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

.

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc: